# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| LUIS JOHANNY CORDERO-COLMENAREZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,<br><br>Respondents. | CV 526-1047 |

**ORDER**

Before the Court is Petitioner's Notice of Voluntary Dismissal, dkt. no. 6, wherein he notifies the Court that he wishes to dismiss his 28 U.S.C. § 2241 petition without prejudice. Petitioner having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims asserted in this action are hereby **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 20 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA